UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GERALDINE EDWARDS,<br><br>                    Plaintiff,<br>     vs.<br><br>JO ANNE B. BARNHART, Commissioner<br>of the Social Security Administration,<br><br>                    Defendant. | 1:05-cv-064-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Geraldine Edwards is not entitled to Disability Insurance Benefits based on her application filed on October 10, 2000, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).


Date:  11/29/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles E. Binder
BINDER AND BINDER
fedcourt@binderandbinder.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov